1  Eric P. Oren, #106129
   **LAW OFFICES OF ERIC P. OREN, INC.**
2  225 West Shaw Avenue, Suite 105
   Fresno, California  93704
3  Telephone:  (559) 224-5900
   Facsimile:  (559) 224-5905
4  epo@ericorenlaw.com

5  Attorneys for Plaintiff, CHRISTIANA BORBOA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| CHRISTIANA BORBOA, an individual residing in California, | Case No.:1:13−CV−01249−AWI−GSA |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| vs. | |
| MARKETSTAR CORPORATION, and Does 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to the stipulation of the parties entered on July 11, 2014 and filed on July 11, 2014,

IT IS HEREBY ORDERED, that this case is hereby dismissed with prejudice, each party to bear their own costs pursuant to FRCP 41(a)(2).

IT IS SO ORDERED.

Dated:  July 15, 2014                           _____
                                                SENIOR  DISTRICT  JUDGE